UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHI BRIONES,

         Plaintiff,

   v.

DZURENDA, et al.,

         Defendants.

Case No. 2:25-cv-00129-JAD-EJY

**ORDER**

On March 27, 2026, the Court entered an Order requiring the Nevada Attorney General's Office ("AG's Office") to file a notice advising the Court and Plaintiff of "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 24. As to any of the named defendants for whom the AG's Office could not accept service, the AG's Office was required to file, under seal, but without serving Plaintiff, "the last known address(es) of those defendant(s) for whom it has such information." *Id.* As of the date of this Order, the AG's Office has not complied with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Nevada Attorney General's Office **must**, in order to avoid an order to show cause and potential sanctions, comply with the requirements of the Court's March 27, 2026 Order no later than **May 1, 2026**. Failure to do so will result in an order to show cause and potential sanctions.

Dated this 23rd day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1